**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00396-CV**
_____

**MONTGOMERY COUNTY, TEXAS, Appellant**

**V.**

**ERIKA NAVARRO-AGUILAR, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-09-11491-CV**
_____

**MEMORANDUM OPINION**

On December 2, 2023, the trial court signed an order denying Montgomery County's plea to the jurisdiction. After Montgomery County perfected an accelerated appeal from the trial court's interlocutory order, the trial court granted the motion for nonsuit of the Real Party in Interest, Erika Navarro-Aguilar, and dismissed the case in an order that disposed of all claims and all parties.

On February 21, 2024, the Clerk of the Court notified the parties that a supplemental clerk's record included an order granting the motion for nonsuit and

informed the parties that we would dismiss the accelerated appeal unless on or before March 4, 2024, we received a response explaining why the appeal should not be dismissed as moot. Montgomery County filed a response in which it agreed the appeal is moot. Navarro-Aguilar did not object or file a response to the Court's suggestion of mootness.

For the reasons explained above, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 20, 2024
Opinion Delivered March 21, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2